Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Big Baboon, Inc.  v.  Director of the U.S. Patent & Trademark Office

No. 14-1601

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Big Baboon, Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Lisa A. Jacobs
Law firm: Shartsis Friese LLP
Address: One Maritime Plaza, 18th Floor
City, State and ZIP: San Francisco, CA 94111
Telephone: (415) 421-6500
Fax #: (415) 421-2922
E-mail address: ljacobs@sflaw.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 11, 2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

9/8/14                              /s/ Lisa A. Jacobs
Date                                Signature of pro se or counsel

cc: _____

123

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2014, I electronically filed the foregoing AMENDED ENTRY OF APPEARANCE OF LISA A JACOBS with the Court's CM/ECF filing system, and a true and correct copy was served by first class mail, postage prepaid, on the following counsel for Appellant:

>Klarquist Sparkman, LLP
>One World Trade Center, Suite 1600
>121 S.W. Salmon Street
>Portland, OR 97204

>　　　　/s/ Lisa A. Jacobs　　　　
>Lisa A Jacobs
>SHARTSIS FRIESE LLP
>One Maritime Plaza, Eighteenth Floor
>San Francisco, CA 94111