Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Big Baboon, Inc.  v. Director of the U.S. Patent & Trademark Office

No. 14-1601

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Big Baboon, Inc.
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Richard F. Munzinger |
| Law firm: | Shartsis Friese LLP |
| Address: | One Maritime Plaza, 18th Floor |
| City, State and ZIP: | San Francisco, CA  94111 |
| Telephone: | (415) 421-6500 |
| Fax #: | (415) 421-2922 |
| E-mail address: | rmunzinger@sflaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 9/8/14 | /s/ Richard F. Munzinger |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2014, I electronically filed the foregoing ENTRY OF APPEARANCE OF RICHARD F. MUNZINGER with the Court's CM/ECF filing system, and a true and correct copy was served by first class mail, postage prepaid

Klarquist Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR  97204


_/s/ Richard F. Munzinger_
Richard F. Munzinger
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111